IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01318-AP

FRANK A. CRAIG,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Anthony L. Sokolow, P.C. | Jessica Milano |
| 1155 Kelly Johnson Blvd., Suite 111 | Special Assistant United States Attorney |
| Colorado Springs, CO 80920 | Assistant Regional Counsel |
| (719) 260-3842 | Office of the General Counsel |
| (877) 301-4667 (fax) | Social Security Administration |
| asokolow@asokolow.com | 1001 17th Street |
| | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:    **May 21, 2012**

    B.    Date Complaint was Served on U.S. Attorney's Office:    **May 21, 2012**

    C.    Date Answer and Administrative Record Were Filed:    **July 23, 2012**[1]

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.    Plaintiff's Opening Brief:    **October 22, 2012**

    B.    Response Brief due:    **November 21, 2012**

---

[1] Per the Court's May 24, 2012 Minute Order (Dkt. 4), the deadline for filing the JCMP in this matter was August 13, 2012. However, the Court granted a joint motion to extend the time for filing the JCMP to September 12, 2012 (Dkts. 8, 9).

      C.      Reply Brief due:      **December 6, 2012**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

      A.      Plaintiff's Statement:  **Plaintiff does not request oral argument.**

      B.      Defendant's Statement:  **Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.      ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 13th day of September, 2012.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

*s/ Jessica Milano for*                              JOHN F. WALSH
Anthony L. Sokolow, P.C.                             United States Attorney
1155 Kelly Johnson Blvd., Suite 111
Colorado Springs, CO 80920                           WILLIAM G. PHARO
(719) 260-3842                                       Assistant United States Attorney
(877) 301-4667 (fax)                                 United States Attorney's Office
asokolow@asokolow.com                                District of Colorado

Attorney for Plaintiff

                                                     *s/ Jessica Milano*
(SIGNED PER ELECTRONIC                               Jessica Milano
AUTHORIZATION)                                       Special Assistant United States Attorney
                                                     1001 17th Street
                                                     Denver, CO 80202
                                                     (303) 844-7136
                                                     (303) 844-0770 (fax)
                                                     jessica.milano@ssa.gov

                                                     Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 12, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to Plaintiff's counsel at the following e-mail address(es):

    asokolow@asokolow.com

                              *s/ Jessica Milano*
                              Office of the General Counsel
                              Social Security Administration