**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 1:12-cv-01318-WJM

FRANK A. CRAIG,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING JOINT STIPULATION FOR EAJA FEES**
---

This matter is before the Court on the Parties' Joint Stipulation for Fees (ECF No. 23) pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 *et seq.*, The Court having reviewed the Stipulation and being fully advised herein, hereby GRANTS the stipulation and ORDERS as follows:

1. Defendant will pay Plaintiff a total of $5,500.00 in EAJA fees. This amount is payable to Plaintiff, not directly to his counsel.[1] Payment will be sent to the office of Plaintiff's attorney: Anthony L. Sokolow, Esq.; Anthony L. Sokolow, P.C.; 1155 Kelly Johnson Blvd., Suite 111; Colorado Springs, CO 80920.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

---

[1] However, Defendant will consider the propriety of directing payment to the attorney pursuant to an assignment, but can do so only after the award has been issued to Plaintiff and the amount of any federal debt owed by Plaintiff is properly offset.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

4. This Order will not be used as precedent in any future cases.

5. The Plaintiff's Opposed Motion for Attorney Fees (ECF No. 22) is DENIED as MOOT.

Dated this 10th day of September, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge